In the Matter of ERNEST ABDELLA, Appellant, v ROBERT SCRIB-
NER, as Commissioner of Assessment and Taxation of the
City of Gloversville, et al., Respondents.

Third Department, June 12, 1975

*Abdella & Abdella (Ernest Abdella, pro se,* of counsel), for
appellant.

*Angelo Lomanto, City Attorney (David Blatt* of counsel), for
respondents.

*H. Andrew Schlusberg,* Special Counsel, for respondents.

*Per Curiam.* Upon the original appeal by the petitioner to
this court involving the merits of the case, the respondents
had moved for an order requiring certain testimony to be
included in the record. That motion was denied without
opinion and without costs by the court. Thereafter, the respon-
dent included the disputed testimony or portions thereof in an
appendix and this court affirmed the judgment appealed from
with costs to respondents *(Matter of Abdella v Scribner,* 37
AD2d 917).

Before Special Term, the petitioner contended that the
majority of the testimony printed in the respondents' appen-
dix upon the original appeal to this court was irrelevant and
immaterial and that, accordingly, the judgment entered upon
the affirmance of this court should not have included any
allowance for such testimony. Pursuant to CPLR 5528 (subd
[e]), costs related to the filing of an appendix are for "the

court to which the appeal is taken" to determine. In *Kimberly-Clark Corp. v Power Auth. of State of N.Y.* (34 AD2d 1095) it was noted that the question of costs for appendix matters was to be determined when the appeal is decided on the merits. (See, also, *Kimberly-Clark Corp. v Power Auth. of State of N.Y.*, 35 AD2d 330, 338, 339; cf. *Bohl Contr. Co. v Depot Constr. Corp.*, 42 AD2d 812, 814.)

Accordingly, any question as to the *allowance* of costs for appendix materials should have been raised in this court prior to entry of judgment upon our order in the original appeal. For this reason we do not reach the merits of whether or not the respondents were entitled to the allowance of costs for the printing of the appendix. The original order of this court is final and conclusive upon that issue in the context of this proceeding.

The order should be affirmed, without costs.

HERLIHY, P. J., GREENBLOTT, KANE, MAIN and LARKIN, JJ., concur.

Order affirmed, without costs.